IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:12-cv-0646 WTL-MJD ) |
| TRANEN CAPITAL, LTD., TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, ARTHUR L. BOWEN, AND RANDY W. BAGLEY, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION TO DISMISS AMENDED COMPLAINT**

Defendants Tranen Capital, Ltd., Tranen Capital Alternative Investment Fund, Ltd., Kenneth A. Landgaard and Arthur L. Bowen, (the "Tranen Defendants"), by counsel and pursuant to F.R.Civ.P. Rule 12(b)(6), move to dismiss the Amended Complaint on file herein. The ground for this motion is that the Amended Complaint fails to state a valid claim for breach of contract as to the Tranen Defendants because the contract which was alleged to have been breached shows on its face that the Tranen Defendants are not parties to the contract. Further grounds for this motion are set forth in the following memorandum of points and authorities in support of this motion.

        FROST BROWN TODD LLC

        By: */s/ Thomas E. Satrom*
            Thomas E. Satrom, #20745-49

            Attorneys for Defendants Tranen Capital, LTD., Tranen Capital Alternative Investment Fund, LTD, Kenneth A. Landgaard, and Arthur L. Bowen

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ryan M. Hurley
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
*ryan.hurley@FaegreBD.com*

T. Joseph Wendt
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
*jwendt@btlaw.com*

Mauro M. Wolfe
Evangelos Michaildis
DUANE MORRIS LLP
1540 Broadway
New York, NY  10036-4086
*mmwolfe@duanemorris.com*
*emichailidis@duanemorris.com*

                                           */s/ Thomas E. Satrom*

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
*tsatrom@fbtlaw.com*

INDLibrary2 0124807.0596494   1143968v1