UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STAVANGER HOLDINGS LTD, | ) | |
| KARL  ANDERSEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 1:12-cv-00646-WTL-DKL |
| | ) | |
| TRANEN CAPITAL LTD, | ) | |
| TRANEN CAPITAL ALTERNATIVE | ) | |
| INVESTMENT FUND, LTD., | ) | |
| ARTHUR L. BOWEN, | ) | |
| RANDY W. BAGLEY, | ) | |
| KENNETH A. LANDGAARD, | ) | |
| THE LEO GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY FROM INITIAL PRE-TRIAL CONFERENCE**
**FEBRUARY 26, 2013**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

Parties appeared for an initial pre-trial conference.  Plaintiffs appeared by counsel, Evangelos Michailidis and Ryan Michael Hurley.  Defendants, Tranen Capital Ltd, Tranen Capital Alternative Investment Fund, Ltd., Arthur L. Bowen and Kenneth A. Landgaard, appeared by counsel, Thomas E. Satrom.  Defendant, the Leo Group, LLC, appeared by counsel, T. Joseph Wendt.  A discussion was held regarding discovery, settlement, case management plan ("CMP") and related matters.  The CMP is approved as amended.  This matter will be set for a settlement conference under separate order.  The conference concluded without further order.

Date: 03/04/2013

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

**Distribution to:**

**All ECF-registered counsel of record via email**