UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS LTD, ) | |
| KARL ANDERSEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| TRANEN CAPITAL LTD, ) | |
| TRANEN CAPITAL ALTERNATIVE ) | No. 1:12-cv-00646-WTL-DKL |
| INVESTMENT FUND, LTD., ) | |
| ARTHUR L. BOWEN, ) | |
| RANDY W. BAGLEY, ) | |
| KENNETH A. LANDGAARD, ) | |
| THE LEO GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

**ENTRY FOR MARCH 6, 2013**
**HONORABLE WILLIAM T. LAWRENCE**

The Court, having approved the Case Management Plan as submitted by the parties, now sets the Jury Trial on **March 3, 2014 at 9:00 a.m**. in Courtroom 202, Birch Bayh Federal Building and United States District Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The Court allots five days to try this case.

The Final Pre-Trial Conference shall be conducted on **February 3, 2014 at 10:00 a.m**. in Room 202. Prior to the conference, Counsel are urged to review the Case Management Plan (dkt. 43, paragraph VIII) for all pretrial deadlines. Counsel shall be prepared to fully discuss the status of the action, including all matter requiring completion preparatory to trial. Counsel having primary trial responsibility shall attend the final pretrial in person.

Distribution:

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

Evangelos Michailidis
DUANE MORRIS LLP
emichailidis@duanemorris.com

Mauro M. Wolfe
DUANE MORRIS LLP
mmwolfe@duanemorris.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com