IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD AND KARL ANDERSEN, | )<br>)<br>) |
| PLAINTIFFS, | )<br>) |
| VS. | )<br>) ) CASE NO.: 1:12-CV-0646 WTL-DKL |
| TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, ARTHUR L. BOWEN AND RANDY W. BAGLEY, | )<br>)<br>)<br>)<br>)<br>) |
| DEFENDANTS. | ) |

**NOTICE OF SERVICE OF PLAINTIFF STAVANGER HOLDINGS, LTD'S AND KARL ANDERSEN'S INITIAL DISCLOSURES**

Plaintiffs Stavanger Holdings, Ltd. and Karl Andersen provide notice that on March 15, 2013, they served their Fed. R. Civ. P. 26 Initial Disclosures on defendants.

Respectfully submitted,

| | |
|---|---|
| **Duane Morris LLP** | **Faegre Baker Daniels LLP** |
| Mauro M. Wolfe | By: /s/ <u>Ryan M. Hurley</u> |
| Evangelos Michailidis | Ryan M. Hurley |
| 1540 Broadway | 300 N. Meridian Street, Suite 2700 |
| New York, NY 10023 | Indianapolis, IN 46204, USA |
| Tel: 212-692-1000 | Tel: 317-237-1144 |
| mmwolfe@duanemorris.com | ryanhurley@faegrebd.com |
| emichailidis@duanemorris.com | |

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 15, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's CM/ECF system:

       /s/ Ryan M. Hurley