IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 1:12-cv-0646 WTL-DKL<br>) |
| TRANEN CAPITAL, LTD., TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, ARTHUR L. BOWEN, AND RANDY W. BAGLEY, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendants Tranen Capital, LTD., Tranen Capital Alternative Investment Fund, LTD, Kenneth A. Landgaard, and Arthur L. Bowen ("Tranen Defendants"), by counsel, submit the following preliminary witness and exhibit list.

1. Witnesses:

    a. Kenneth Landgaard, c/o undersigned counsel.

    b. Karl Andersen, c/o plaintiffs' counsel.

    c. Randy Bagley, c/o Barnes & Thornburg, LLP.

    d. Witnesses identified on any other party's witness list.

    e. Expert witnesses identified in accordance with the case management plan.

    f. All witnesses necessary to authenticate or lay the foundation for exhibits.

    g. Any witness identified in the course of discovery.

    h. Witnesses necessary for rebuttal or impeachment.

This witness list is preliminary, as discovery is ongoing in this matter. Tranen Defendants reserve the right to supplement this list as additional witnesses are discovered.

2. Documents:

   a. Documents reflecting payments to plaintiffs.

   b. Any pleading filed in this action.

   c. Any deposition taken in this action.

   d. Any exhibit to any deposition taken in this action.

   e. Any witness statements.

   f. Any exhibit listed by other parties in this action.

   g. Any interrogatory response served in this action.

   h. Any documents produced in response to any request for production served in this action.

   i. Documents reflecting criminal, disciplinary or enforcement proceedings or actions taken by government and/or regulatory agencies, including the Securities and Exchange Commission and Internal Revenue Service, involving Karl Andersen.

   j. All exhibits necessary for purposes of impeachment or rebuttal.

FROST BROWN TODD LLC

By: *s/ Thomas E. Satrom*
Thomas E. Satrom, #20745-49

Attorneys for Defendants Tranen Capital, LTD., Tranen Capital Alternative Investment Fund, LTD, Kenneth A. Landgaard, and Arthur L. Bowen

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of April, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Ryan M. Hurley<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, IN  46204<br>*ryan.hurley@FaegreBD.com* | T. Joseph Wendt<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN  46204<br>*jwendt@btlaw.com* |

Mauro M. Wolfe
Evangelos Michaildis
DUANE MORRIS LLP
1540 Broadway
New York, NY  10036-4086
*mmwolfe@duanemorris.com*
*emichailidis@duanemorris.com*

                                                    *s/ Thomas E. Satrom*

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
*tsatrom@fbtlaw.com*

INDLibrary2 0124807.0596494   1200971v1