IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTS and KARL ANDERSEN, <br><br> Plaintiffs, <br><br> v. <br><br> THE LEO GROUP, LLC <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:12-cv-0646 WTL-DKL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THE LEO GROUP PRELIMINARY WITNESS AND EXHIBIT LIST**

The Leo Group, LLC ("Leo Group") submits its preliminary witness and exhibit lists:

**Witnesses**

1. Kenneth Landgaard, c/o Frost Brown & Todd.

2. Karl Andersen, c/o Plaintiff's counsel.

3. Randy Bagley, c/o the undersigned counsel.

4. Arthur Bowen, c/o Frost Brown & Todd

5. Any witnesses identified on Plaintiffs' or the Tranen defendants' witness lists.

6. Any witnesses necessary to lay the foundation for admission of documents into evidence.

7. Any witnesses necessary for rebuttal.

8. Any witnesses necessary for impeachment.

9. Any witnesses identified during discovery.

**Exhibits**

1. Correspondence between the parties regarding the negotiation of the purported contract on which Plaintiff relies in this case.

2. The purported contract at issue in this case, including any drafts.

3. Documents evidencing payments to Plaintiff from any Defendant.

4. Documents reflecting criminal, disciplinary, investigatory or enforcement proceedings or actions taken by any governmental entity against or involving Plaintiff or any entity with which Plaintiff has been affiliated.

5. Correspondence between the parties after Plaintiff's execution of the purported contract at issue in this case.

6. Any exhibits identified on any other party's exhibit list.

7. Any exhibit necessary for impeachment.

8. Any exhibit necessary for rebuttal.

9. Discovery responses from any party in this action.

10. Demonstrative exhibits to help the judge or jury understand the issues in this case.

11. Summaries of the relevant events and actions in this case.

Respectfully submitted,

*/s/ T. Joseph Wendt*
T. Joseph Wendt, Atty # 19622-49
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: 317-236-1313
Facsimile: 317-231-7433

*Attorney for The Leo Group*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ T. Joseph Wendt*
