UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS LTD, ) | |
| KARL ANDERSEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 1:12-cv-00646-WTL-DKL |
| ) | |
| TRANEN CAPITAL LTD, ) | |
| TRANEN CAPITAL ALTERNATIVE ) | |
| INVESTMENT FUND, LTD., ) | |
| ARTHUR L. BOWEN, ) | |
| RANDY W. BAGLEY, ) | |
| KENNETH A. LANDGAARD, ) | |
| THE LEO GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON TRANEN DEFENDANTS' MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

The matter is before the Court on the above titled motion filed by Tranen Defendants. [Dkt. 52]. The Court, having considered the Motion, and upon in camera review of Tranen's confidential settlement statement, GRANTS the Motion. However, any reasonable costs associated with the cancellation of travel arrangements made for the sole purpose of attending this settlement conference shall be borne by Tranen Defendants.

Therefore, the Settlement Conference set for April 29, 2013 is VACATED and RESET for **THURSDAY, AUGUST 8, 2013, AT 9:00 A.M., EST**, in Room 255 of the

United States Courthouse, 46 East. Ohio Street, Indianapolis, Indiana. Other than the date and time, the Scheduling Order [Dkt. 44] remains in full force.

IT IS SO ORDERED this  04/26/2013

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to:

All ECF-registered counsel of record via email