IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD AND KARL ANDERSEN, <br><br> PLAINTIFFS, <br><br> VS. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, ARTHUR L. BOWEN AND RANDY W. BAGLEY, <br><br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 1:12-CV-0646 WTL-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING MOTION TO VACATE SETTLEMENT CONFERENCE**

Plaintiffs have filed a consent motion to vacate the settlement conference currently scheduled for August 8, 2013. The Court, having reviewed the motion and being sufficiently advised, now GRANTS the motion.

IT IS ORDERED that the settlement conference scheduled for August 8, 2013 is vacated.

Date:  08/05/2013

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.

1