> Since the settlement conference has now been vacated, this motion is hereby DENIED AS MOOT.
> Date:  08/05/2013

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TRANEN CAPITAL, LTD., TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, ARTHUR L. BOWEN, AND RANDY W. BAGLEY,<br><br>　　　　Defendants. | CASE NO. 1:12-cv-0646 WTL-DKL |

## DEFENDANT ARTHUR BOWEN'S MOTION FOR PERMISSION TO PARTICIPATE IN SETTLEMENT CONFERENCE BY TELEPHONE

Defendant Arthur L. Bowen, by counsel, submits the following motion for permission to telephonically appear at the settlement conference set for Thursday, August 8, 2013.  The grounds for this motion are as follows:

1. As of March 27, 2013, Mr. Bowen resigned his positions with the Tranen entities and has no current management role in either entity.

2. None of the services allegedly performed by Mr. Andersen were done for the personal benefit of Mr. Bowen, and he has no personal liability for any debt which may be owed by Tranen.

3. Mr. Bowen resides in Boston, Massachusetts.  Traveling to Indianapolis for the conference would cost in excess of $1,000.00 and result in Mr. Bowen missing at least one day of work.