IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD AND KARL ANDERSEN, | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| VS. | ) |
| | ) CASE NO.: 1:12-CV-0646 WTL-DKL |
| TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, ARTHUR L. BOWEN AND RANDY W. BAGLEY, | ) ) ) ) ) |
| | ) |
| DEFENDANTS. | ) |

**ORDER GRANTING SECOND JOINT MOTION
TO AMEND THE CASE MANAGEMENT PLAN**

This matter having come before the Court on the Second Joint Motion to Amend the Case

Management Plant filed by Plaintiffs Stavanger Holdings, Ltd. and Karl Andersen, along with

Defendants The Leo Group and Defendants Tranen Capital, Ltd., Tranen Capital Alternative

Investment Fund, Ltd.; and the Court, being fully advised, now finds that the motion should be

GRANTED.

It is hereby ORDERED that the case management deadlines listed below are extended as

follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Expert Disclosure | August 9, 2013 | November 11, 2013 |
| Defendants' Expert Disclosure | August 30, 2013 | November 29, 2013 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendants' Expert Disclosure if Plaintiff has disclosed no Expert | August 16, 2013 | November 15, 2013 |
| Final witness and exhibit lists | September 27, 2013 | January 3, 2014 |
| Dispositive Motions | September 20, 2013 | December 20, 2013 |
| Non-Expert Witness Discovery and Discovery Relating to Liability | August 30, 2013 | November 29, 2013 |
| Expert Witness Discovery and Discovery Relating to Damages | August 30, 2013 | November 29, 2013 |

Other than as reflected above, the Case Management Plan remains in force.  Since the extension of these deadlines will affect the trial date, this Magistrate Judge recommends the District Judge reset the final pretrial conference and trial dates.

Date:   08/13/2013

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

COPIES TO:

Electronically registered counsel of record