UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS LTD, ) | |
| KARL ANDERSEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| TRANEN CAPITAL LTD, ) | |
| TRANEN CAPITAL ALTERNATIVE ) | No. 1:12-cv-00646-WTL-DKL |
| INVESTMENT FUND, LTD., ) | |
| ARTHUR L. BOWEN, ) | |
| RANDY W. BAGLEY, ) | |
| KENNETH A. LANDGAARD, ) | |
| THE LEO GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

**ENTRY FOR AUGUST 16, 2013**
**HONORABLE WILLIAM T. LAWRENCE**

The Court hereby **VACATES** the Jury trial set for March 3, 2014 and the Final Pre-Trial on February 3, 2014 to be reset under separate order.

All ECF-registered counsel of record via email