IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br> Plaintiffs, <br><br> v. <br><br> TRANEN CAPITAL, LTD., TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, AND ARTHUR L. BOWEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO. 1:12-cv-0646 WTL-DKL ) ) ) ) ) ) ) ) ) |

## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Tranen Kenneth A. Landgaard, and Arthur L. Bowen, by counsel, pursuant to F.R.Civ.P. Rule 12 (c), hereby move the Court for an order granting judgment in their favor. The grounds for this motion are that the allegations of the Amended Complaint are legally insufficient to state a claim against them personally – as opposed to Tranen, the company.

The grounds for this motion are more fully set forth in the accompanying Memorandum in Support of Motion for Judgment on the Pleadings.

                                                                          FROST BROWN TODD LLC

                                                                          By: *s/ Thomas E. Satrom*
                                                                             Thomas E. Satrom, #20745-49

                                                                             Attorneys for Defendants Kenneth A.
                                                                             Landgaard, and Arthur L. Bowen

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ryan M. Hurley
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
*ryan.hurley@FaegreBD.com*

T. Joseph Wendt
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
*jwendt@btlaw.com*

Mauro M. Wolfe
Evangelos Michaildis
DUANE MORRIS LLP
1540 Broadway
New York, NY  10036-4086
*mmwolfe@duanemorris.com*
*emichailidis@duanemorris.com*

                        *s/ Thomas E. Satrom*

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
*tsatrom@fbtlaw.com*

INDLibrary2 0124807.0596494   1240682v1