# Statement

Information Process Management, Inc.
PO Box 27740
Las Vegas, NV 89126

| Date |
|---|
| 02/12/2009 |

**To:**
E. Karl Andersen
43 Winter St. Apt 6
Boston, MA 02108

| Amount Due | Amount Enc. |
|---|---|
| $29,363.15 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/29/2008 | INV #1275. Orig. Amount $2,000.00. | 2,000.00 | 2,000.00 |
| | --- Evan Karl Andersen Western Union $2,000.00 | | |
| 09/12/2008 | CHK #Wire. Loan | 15,000.00 | 17,000.00 |
| 10/02/2008 | INV #1430. Orig. Amount $7,363.15. | 7,363.15 | 24,363.15 |
| | --- Temporary $7,363.15 | | |
| 11/05/2008 | CHK #Wire. Loan | 2,000.00 | 26,363.15 |
| 02/04/2009 | INV #1428. Orig. Amount $3,000.00. | 3,000.00 | 29,363.15 |
| | --- Wire - Loan $3,000.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 3,000.00 | 0.00 | 0.00 | 26,363.15 | $29,363.15 |