**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:12-cv-0646 WTL-DKL |
| | ) | |
| TRANEN CAPITAL, LTD., TRANEN | ) | |
| CAPITAL ALTERNATIVE INVESTMENT | ) | |
| FUND, LTD., THE LEO GROUP, LLC, | ) | |
| KENNETH A. LANDGAARD, AND | ) | |
| ARTHUR L. BOWEN, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR PROTECTIVE ORDER**

Defendants Tranen Capital, Ltd., Tranen Capital Alternative Investment Fund, Ltd., Kenneth A. Landgaard, and Arthur L. Bowen, by counsel, pursuant to F.R.Civ.P. Rule 26 (c), hereby move the Court for an order that their depositions not go forward on September 16 and 17 as noticed by Plaintiffs and not be taken until after such time as the pending motion for judgment on the pleadings and motion to compel discovery have been ruled upon. The grounds for this motion are that resolution of the pending motions will clarify the issues for discovery and protect the defendants from multiple depositions, and because plaintiffs failed to comply with S.D. Ind. L.R. 30-1(d) by scheduling the depositions on less than 14 days notice without leave of court or agreement of counsel.

Counsel for Tranen and Evangelos Michailidis, one of the attorneys representing Plaintiffs, made a good-faith effort to informally resolve the deposition postponement issue on September 10, 2013, but were unable to reach agreement.

The grounds for the motion are set forth more fully in the accompanying supporting memorandum.

FROST BROWN TODD LLC

By:  *s/ Thomas E. Satrom*
Thomas E. Satrom, #20745-49

Attorneys for Defendants Kenneth A. Landgaard, Arthur L. Bowen, Tranen Capital, Ltd., and Tranen Alternative Investment Fund, Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2013, a copy of the foregoing was

filed electronically.  Notice of this filing will be sent to the following parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's system.

Ryan M. Hurley
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
*ryan.hurley@FaegreBD.com*

T. Joseph Wendt
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
*jwendt@btlaw.com*

Mauro M. Wolfe
Evangelos Michaildis
DUANE MORRIS LLP
1540 Broadway
New York, NY  10036-4086
*mmwolfe@duanemorris.com*
*emichailidis@duanemorris.com*

*s/ Thomas E. Satrom*

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
*tsatrom@fbtlaw.com*

INDLibrary2 0124807.0596494  1245002v1

3