GRANTED for failure to abide by
L.R. 30-1(d).
Date: 09/13/2013

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:12-cv-0646 WTL-DKL |
| TRANEN CAPITAL, LTD., TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, AND ARTHUR L. BOWEN, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

*Denise LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

## MOTION FOR PROTECTIVE ORDER

Defendants Tranen Capital, Ltd., Tranen Capital Alternative Investment Fund, Ltd., Kenneth A. Landgaard, and Arthur L. Bowen, by counsel, pursuant to F.R.Civ.P. Rule 26 (c), hereby move the Court for an order that their depositions not go forward on September 16 and 17 as noticed by Plaintiffs and not be taken until after such time as the pending motion for judgment on the pleadings and motion to compel discovery have been ruled upon.  The grounds for this motion are that resolution of the pending motions will clarify the issues for discovery and protect the defendants from multiple depositions, and because plaintiffs failed to comply with S.D. Ind. L.R. 30-1(d) by scheduling the depositions on less than 14 days notice without leave of court or agreement of counsel.

Counsel for Tranen and Evangelos Michailidis, one of the attorneys representing Plaintiffs, made a good-faith effort to informally resolve the deposition postponement issue on September 10, 2013, but were unable to reach agreement.