IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRANEN CAPITAL, LTD., TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, AND ARTHUR L. BOWEN, )<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | CASE NO. 1:12-cv-0646 WTL-DKL |

**MOTION FOR PROTECTIVE ORDER**

Defendants Tranen Capital, Ltd., Tranen Capital Alternative Investment Fund, Ltd., Kenneth A. Landgaard, and Arthur L. Bowen, by counsel, pursuant to F.R.Civ.P. Rule 26 (c), hereby move the Court for an order that their depositions not go forward on October 15 and 16, 2013, as noticed by Plaintiffs, and not be taken until after such time as the pending motion for judgment on the pleadings and motion to compel discovery have been ruled upon. The grounds for this motion are that resolution of the pending motions will clarify the issues for discovery and protect the defendants from multiple depositions.

Counsel for Tranen and Evangelos Michailidis, one of the attorneys representing Plaintiffs, made a good-faith effort to informally resolve the deposition postponement issue on September 10, 2013, and again on October 2, 2013, but were unable to reach agreement.

The grounds for the motion are set forth more fully in the accompanying supporting memorandum.

FROST BROWN TODD LLC

By: *s/ Thomas E. Satrom*
Thomas E. Satrom, #20745-49

Attorneys for Defendants Kenneth A. Landgaard, Arthur L. Bowen, Tranen Capital, Ltd., and Tranen Alternative Investment Fund, Ltd.

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of October, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Ryan M. Hurley<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, IN  46204<br>*ryan.hurley@FaegreBD.com* | T. Joseph Wendt<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN  46204<br>*jwendt@btlaw.com* |

Mauro M. Wolfe
Evangelos Michaildis
DUANE MORRIS LLP
1540 Broadway
New York, NY  10036-4086
*mmwolfe@duanemorris.com*
*emichailidis@duanemorris.com*

                *s/ Thomas E. Satrom*

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
*tsatrom@fbtlaw.com*

INDLibrary2 0124807.0596494   1249781v1