IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD and ARTHUR L. BOWEN <br><br> Defendants. | Civil Action No.: 12 - 00646 (WTL)(DKL) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 26 and 30, Plaintiffs will take the deposition, under oath, of Defendant Arthur Bowen on Monday, May 20, 2013 at the offices of undersigned counsel (or some other agreed upon location) and continuing day to day until complete. The deposition will be recorded by stenographic means and by audio and/or videotape (sound and visual), and will continue from day to day until completed.

You are invited to attend and cross-examine.

Dated: New York, New York
       March 15, 2013

                                            **Duane Morris LLP**

                                            By: /s/Mauro M. Wolfe
                                               Mauro M. Wolfe
                                               Evangelos Michailidis
1540 Broadway
New York, NY 10036
Tel: 212-692-1000

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN,<br><br>          Plaintiffs,<br><br>    vs.<br><br>TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD and ARTHUR L. BOWEN<br><br>          Defendants. | Civil Action No.: 12 - 00646 (WTL)(DKL) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 26 and 30, Plaintiffs will take the deposition, under oath, of Defendant Kenneth A. Landgaard on May 22, 2013 at the offices of undersigned counsel (or some other agreed upon location) and continuing day to day until complete. The deposition will be recorded by stenographic means and by audio and/or videotape (sound and visual), and will continue from day to day until completed.

You are invited to attend and cross-examine.

Dated: New York, New York
        March 15, 2013

                                        **Duane Morris LLP**

                                        By: /s/Mauro M. Wolfe
                                            Mauro M. Wolfe
                                            Evangelos Michailidis
                                        1540 Broadway
                                        New York, NY 10036
                                        Tel: 212-692-1000

                                        *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD and ARTHUR L. BOWEN <br><br> Defendants. | Civil Action No.: 12 - 00646 (WTL)(DKL) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs will take the deposition upon oral examination of Defendant Tranen Capital Alternative Investment Fund, Ltd. before a notary public or other officer authorized by law to administer oaths on May 24, 2013 beginning at 9:00 a.m. at the offices of undersigned counsel (or some other agreed to location) and continuing day to day until completed. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Tranen Capital Alternative Investment Fund, Ltd. shall designate one or more officers, directors, managing agents or other persons who have knowledge of and can testify on its behalf concerning the areas set forth in the annexed Schedule A. The deposition may be recorded by audio, video, stenographic and/or any other means. Deponent shall produce copies of all documents which refer or relate to the subject matter set forth in the annexed Schedule A by May 10, 2013.

You are invited to attend and cross-examine.

Dated: New York, New York
March 15, 2013

**Duane Morris LLP**

By: /s/Mauro M. Wolfe
    Mauro M. Wolfe
    Evangelos Michailidis
1540 Broadway
New York, NY 10036
Tel: 212-692-1000

*Attorneys for Plaintiffs*

# SCHEDULE A

## Categories

1. The allegations set forth in the Amended Complaint. (Docket # 24).

2. The allegations set forth in the Answer filed by Tranen Capital Alternative Investment Fund Ltd. (Docket # 36).

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD and ARTHUR L. BOWEN <br><br> Defendants. | Civil Action No.: 12 - 00646 (WTL)(DKL) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs will take the deposition upon oral examination of Defendant Tranen Capital, Ltd. before a notary public or other officer authorized by law to administer oaths on May 24, 2013 beginning at 9:00 a.m. at the offices of undersigned counsel (or some other agreed to location) and continuing day to day until completed. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Tranen Capital, Ltd. shall designate one or more officers, directors, managing agents or other persons who have knowledge of and can testify on its behalf concerning the areas set forth in the annexed Schedule A. The deposition may be recorded by audio, video, stenographic and/or any other means. Deponent shall produce copies of all documents which refer or relate to the subject matter set forth in the annexed Schedule A by May 10, 2013.

You are invited to attend and cross-examine.

1

Dated: New York, New York
March 15, 2013

                       **Duane Morris LLP**

                       By: <u>/s/Mauro M. Wolfe</u>
                            Mauro M. Wolfe
                            Evangelos Michailidis
                       1540 Broadway
                       New York, NY 10036
                       Tel: 212-692-1000

                       *Attorneys for Plaintiffs*

## SCHEDULE A

### Categories

1. The allegations set forth in the Amended Complaint. (Docket # 24).

2. The allegations set forth in the Answer filed by Tranen Capital Alternative Investment Fund Ltd. (Docket # 36).

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD and ARTHUR L. BOWEN <br><br> Defendants. | Civil Action No.: 12 - 00646 (WTL)(DKL) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs will take the deposition upon oral examination of Defendant The Leo Group, LLC before a notary public or other officer authorized by law to administer oaths on, May 27, 2013 beginning at 9:00 a.m. at the offices of undersigned counsel (or some other agreed to location) and continuing day to day until completed. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, The Leo Group LLC shall designate one or more officers, directors, managing agents or other persons who have knowledge of and can testify on its behalf concerning the areas set forth in the annexed Schedule A. The deposition may be recorded by audio, video, stenographic and/or any other means. Deponent shall produce copies of all documents which refer or relate to the subject matter set forth in the annexed Schedule A by May 10, 2013.

You are invited to attend and cross-examine.

1

Dated: New York, New York
March 15, 2013

                                     **Duane Morris LLP**

                                     By: /s/Mauro M. Wolfe
                                         Mauro M. Wolfe
                                         Evangelos Michailidis
                                   1540 Broadway
                                   New York, NY 10036
                                   Tel: 212-692-1000

                                   *Attorneys for Plaintiffs*

## SCHEDULE A

### Categories

1. The allegations set forth in the Amended Complaint. (Docket # 24).

2. The allegations set forth in the Answer filed by The Leo Group LLC. (Docket # 37).