IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD and ARTHUR L. BOWEN <br><br> Defendants. | Civil Action No.: 12 - 00646 (WTL)(DKL) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 26 and 30, Plaintiffs will take the deposition, under oath, of Defendant Kenneth A. Landgaard on October 15, 2013 at 10 am at the offices of Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204, and continuing day to day until complete. The deposition will be recorded by stenographic means and by audio and/or videotape (sound and visual), and will continue from day to day until completed.

You are invited to attend and cross-examine.

Dated: New York, New York
September 16, 2013

                                        **Duane Morris LLP**

                                        By: /s/Mauro M. Wolfe
                                              Mauro M. Wolfe
                                              Evangelos Michailidis
                                  1540 Broadway
                                  New York, NY 10036
                                  Tel: 212-692-1000

                                  *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD and ARTHUR L. BOWEN <br><br> Defendants. | Civil Action No.: 12 - 00646 (WTL)(DKL) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 26 and 30, Plaintiffs will take the deposition, under oath, of Defendant Arthur Bowen on October 16, 2013 at the offices of Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204, and continuing day to day until complete. The deposition will be recorded by stenographic means and by audio and/or videotape (sound and visual), and will continue from day to day until completed.

You are invited to attend and cross-examine.

Dated: New York, New York
September 16, 2013

                                               **Duane Morris LLP**

                                               By: /s/Mauro M. Wolfe
                                                    Mauro M. Wolfe
                                                    Evangelos Michailidis
                                            1540 Broadway
                                            New York, NY 10036
                                            Tel: 212-692-1000

                                            *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD and ARTHUR L. BOWEN <br><br> Defendants. | Civil Action No.: 12 - 00646 (WTL)(DKL) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs will take the deposition upon oral examination of Defendant Tranen Capital, Ltd. before a notary public or other officer authorized by law to administer oaths on October 15, 2013 beginning at 10 am at the offices of Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204, and continuing day to day until completed. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Tranen Capital, Ltd. shall designate one or more officers, directors, managing agents or other persons who have knowledge of and can testify on its behalf concerning the areas set forth in the annexed Schedule A. The deposition may be recorded by audio, video, stenographic and/or any other means.

1

You are invited to attend and cross-examine.

Dated: New York, New York
September 16, 2013

               **Duane Morris LLP**

               By: /s/Mauro M. Wolfe
                 Mauro M. Wolfe
                 Evangelos Michailidis
              1540 Broadway
              New York, NY 10036
              Tel: 212-692-1000

              *Attorneys for Plaintiffs*

## SCHEDULE A

### Categories

1. The allegations set forth in the Amended Complaint. (Docket # 24).

2. The allegations set forth in the Answer filed by Tranen Capital, Ltd. (Docket # 36).

3. The record keeping practices of Tranen Capital, Ltd.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD and ARTHUR L. BOWEN <br><br> Defendants. | Civil Action No.: 12 - 00646 (WTL)(DKL) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs will take the deposition upon oral examination of Defendant Tranen Capital Alternative Investment Fund, Ltd. before a notary public or other officer authorized by law to administer oaths on October 16, 2013 beginning at 10:00 a.m. at the offices of Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204, and continuing day to day until completed. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Tranen Capital Alternative Investment Fund, Ltd. shall designate one or more officers, directors, managing agents or other persons who have knowledge of and can testify on its behalf concerning the areas set forth in the annexed Schedule A. The deposition may be recorded by audio, video, stenographic and/or any other means.

You are invited to attend and cross-examine.

1

Dated: New York, New York
September 16, 2013

**Duane Morris LLP**

By: /s/Mauro M. Wolfe
  Mauro M. Wolfe
  Evangelos Michailidis
1540 Broadway
New York, NY 10036
Tel: 212-692-1000

*Attorneys for Plaintiffs*

## SCHEDULE A

### Categories

1. The allegations set forth in the Amended Complaint. (Docket # 24).

2. The allegations set forth in the Answer filed by Tranen Capital Alternative Investment Fund Ltd. (Docket # 36).

3. The record keeping practices of Tranen Capital Alternative Investment Fund Ltd.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD and ARTHUR L. BOWEN<br><br>    Defendants. | Civil Action No.: 12 - 00646 (WTL)(DKL) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs will take the deposition upon oral examination of Defendant The Leo Group, LLC before a notary public or other officer authorized by law to administer oaths on October 17, 2013 beginning at 9:30 a.m. at the offices of Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, 46204 and continuing day to day until completed. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, The Leo Group LLC shall designate one or more officers, directors, managing agents or other persons who have knowledge of and can testify on its behalf concerning the areas set forth in the annexed Schedule A. The deposition may be recorded by audio, video, stenographic and/or any other means.

You are invited to attend and cross-examine.

1

Dated: New York, New York
September 16, 2013

                                        **Duane Morris LLP**

                                        By: /s/Mauro M. Wolfe
                                            Mauro M. Wolfe
                                            Evangelos Michailidis
                                        1540 Broadway
                                        New York, NY 10036
                                        Tel: 212-692-1000

                                        *Attorneys for Plaintiffs*

## SCHEDULE A

### Categories

1. The allegations set forth in the Amended Complaint. (Docket # 24).

2. The allegations set forth in the Answer filed by The Leo Group LLC. (Docket # 37).

3. The record keeping practices of The Leo Group LLC.