UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STAVANGER HOLDINGS LTD, | ) | |
| KARL ANDERSEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 1:12-cv-00646-WTL-DKL |
| | ) | |
| TRANEN CAPITAL LTD, TRANEN | ) | |
| CAPITAL ALTERNATIVE INVESTMENT | ) | |
| FUND, LTD., ARTHUR L. BOWEN, | ) | |
| RANDY W. BAGLEY, KENNETH A. | ) | |
| LANDGAARD, THE LEO GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ENTRY**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

This matter is scheduled for a telephone status conference on **WEDNESDAY, OCTOBER 9, 2013, at 3:00 P.M. (EST)**.  The purpose of this conference is to assist the parties in a discovery dispute.  Before 4:00 p.m., EST on October 8, 2013, the parties are directed to email the Magistrate Judge, at MJLarue@insd.uscourts.gov, and opposing counsel, a brief outline of the dispute and their respective positions on the issue. Counsel will receive call-in instructions for the conference via separate NEF.

Date: 10/07/2013

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

Evangelos  Michailidis
DUANE MORRIS LLP
emichailidis@duanemorris.com

Mauro M. Wolfe
DUANE MORRIS LLP
mmwolfe@duanemorris.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com