UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STAVANGER HOLDINGS LTD, <br> KARL ANDERSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANEN CAPITAL LTD, <br> TRANEN CAPITAL ALTERNATIVE <br> INVESTMENT FUND, LTD., <br> ARTHUR L. BOWEN, <br> KENNETH A. LANDGAARD, <br> THE LEO GROUP, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 1:12-cv-00646-WTL-DKL |

### ENTRY FROM TELEPHONIC STATUS CONFERENCE
### OCTOBER 16, 2013
### HON. DENISE K. LARUE, MAGISTRATE JUDGE

The parties participated in a telephonic status conference to resolve a dispute relating to the scheduling of depositions. Plaintiffs Stavenger Holdings, Ltd. and Karl Andersen, were represented by counsel Evangelos Michailidis and Ryan Hurley. Defendants Tranen Capital Ltd., Tranen Capital Alternative Investment Fund, Ltd., Arthur L. Bowen and Kenneth A. Landgaard were represented by counsel Thomas E. Satrom. Defendant The Leo Group, LLC, was represented by counsel T. Joseph Wendt.

The parties reported they were able to schedule depositions without further assistance from the Court. The conference concluded without further order.

**DONE this date:** 10/16/2013

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

Evangelos Michailidis
DUANE MORRIS LLP
emichailidis@duanemorris.com

Mauro M. Wolfe
DUANE MORRIS LLP
mmwolfe@duanemorris.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com