UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS LTD, <br> KARL ANDERSEN, <br>                     Plaintiffs, <br><br> vs. <br><br> TRANEN CAPITAL LTD, <br> TRANEN CAPITAL ALTERNATIVE <br> INVESTMENT FUND, LTD., <br> ARTHUR L. BOWEN, <br> KENNETH A. LANDGAARD, <br> THE LEO GROUP, LLC, <br>                     Defendants. | No. 1:12-cv-00646-WTL-DKL |

## **ENTRY**

On October 30, 2013, Counsel for Tranen Capital Ltd., Tranen Capital Alternative Investment Fund, Ltd., Arthur L. Bowen and Kenneth A. Landgaard (the "Tranen Defendants") filed a Motion to Withdraw Appearances as a result of a fee dispute. [Dkt. 88.] Plaintiffs immediately filed an objection and a cross-motion for a telephone conference. [Dkt. 89]. Depositions of the Tranen Defendants are scheduled for November 4, 5 and 12, 2013. Plaintiffs assert that if Counsel for Tranen Defendants are permitted to withdraw immediately, it will delay the depositions for the foreseeable future.

A fee dispute can be a valid reason to withdraw representation, however it does not require mandatory withdrawal under Rule 1.16 of the Rules of Professional

Conduct.  The parties set these depositions less than a month ago with the assistance of the Court.  The Court finds it would prejudice the Plaintiffs to allow Counsel for Tranen Defendants to withdraw at this time.  Therefore, the Court hereby sets the Motion to Withdraw Appearances for hearing at 3 p.m. EST on November 18, 2013, in Courtroom 243 of the United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.  The depositions shall occur as scheduled.

SO ORDERED.

Date: 11/01/2013

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

Evangelos Michailidis
DUANE MORRIS LLP
emichailidis@duanemorris.com

Mauro M. Wolfe
DUANE MORRIS LLP
mmwolfe@duanemorris.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com