UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS LTD, KARL ANDERSEN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) No. 1:12-cv-00646-WTL-DKL |
| TRANEN CAPITAL LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., ARTHUR L. BOWEN, KENNETH A. LANDGAARD, THE LEO GROUP, LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

### SCHEDULING ENTRY
### HON. DENISE K. LARUE, MAGISTRATE JUDGE

This matter is scheduled for a telephone status conference on **WEDNESDAY, NOVEMBER 13, 2013, AT 4:00 P.M. (Eastern)**. Counsel will receive call-in information for the conference via separate NEF. By 12:00 p.m. on November 13, 2013, Plaintiff shall scan and email a copy of the executed Settlement Agreement to this Magistrate Judge at MJLaRue@insd.uscourts.gov.

Date: 11/12/2013

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

Evangelos Michailidis
DUANE MORRIS LLP
emichailidis@duanemorris.com

Mauro M. Wolfe
DUANE MORRIS LLP
mmwolfe@duanemorris.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com