# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 1:12-cv-0646 WTL-DKL ) |
| TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, and ARTHUR L. BOWEN, | ) ) ) ) ) |
| Defendants. | |

## NOTICE OF APPEARANCE

Edward M. Smid of the law firm Barnes & Thornburg LLP hereby enters his appearance in the above captioned matter on behalf of The Leo Group.

Dated: <u>November 13, 2013</u>

<u>/s/ Edward M. Smid</u>
Edward M. Smid #30134-49
*edward.smid@btlaw.com*
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: 317-261-7923
Facsimile: 317-231-7433

Attorney for The Leo Group

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed with the Clerk of the Court on November 13, 2013, using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>/s/ Edward M. Smid</u>