IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, | ) ) ) |
| Plaintiffs, | ) ) Civil Action No.: 12 - 00646 (WTL)(DKL) |
| vs. | ) ) ) **STIPULATION TO JUDGMENT** |
| TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, and ARTHUR L. BOWEN, | ) **AGAINST TRANEN CAPITAL, LTD.** ) **AND TRANEN CAPITAL** ) **ALTERNATIVE INVESTMENT FUND,** ) **LTD.** ) ) |
| Defendants. | ) |

Plaintiffs Stavanger Holdings, Ltd. and Karl Andersen (collectively, the "Plaintiffs"), together with Defendants Tranen Capital, Ltd. and Tranen Capital Alternative Investment Fund, Ltd. (collectively, "Tranen"), stipulate that judgment be entered in favor of Plaintiffs and against Tranen in the principal amount of Two-Million Seven-Hundred Thousand ($2,700,000.00), plus post-judgment interest at the highest statutory rate from the date of this judgment until the judgment is satisfied, and Plaintiffs' attorneys' fees in connection with the collection of this judgment.

It is therefore, **ORDERED, ADJUDGED AND DECREED**, that judgment shall be entered in favor of Plaintiffs and against Tranen in the principal amount of Two-Million Seven-Hundred Thousand ($2,700,000.00), plus post-judgment interest at the highest statutory rate from the date of this judgment until the judgment is satisfied, and Plaintiffs' attorneys' fees in connection with the collection of this judgment.

Dated: November 5, 2013
      Indianapolis, Indiana

**DUANE MORRIS LLP**

By: /s/ Mauro W. Wolfe
Mauro W. Wolfe
1540 Broadway
New York, NY 10036
(212) 692-1000

**FAEGRE BAKER DANIELS LLP**

By: /s/ Ryan Hurley
Ryan Hurley
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
(317) 237-1144

*Attorneys for Plaintiffs*

**FROST BROWN TODD LLC**

By: /s/ Thomas E. Satrom
Thomas E. Satrom
201 North Illinois Street, Suite 1900
Indianapolis, IN 46204
(317) 237-3217

*Attorneys for Tranen Capital, Ltd. and Tranen Capital Investment Fund*

So Ordered: _____
      U.S. District Judge