IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, and ARTHUR L. BOWEN,<br><br>Defendants. | Civil Action No.: 12 - 00646 (WTL)(DKL)<br><br>**MOTION SEEKING STAY** |

Plaintiffs Stavanger Holdings, Ltd. and Karl Andersen (collectively, the "Plaintiffs"), together with The Leo Group, LLC ("Leo"), file this motion seeking a stay of the action as between Plaintiffs and Leo for 45 days.

Plaintiffs and Leo have resolved their dispute in principal. The agreement provides for settlement funds to be paid within the next 45 days. If payment is made, Plaintiffs will file a motion to dismiss the matter against Leo with prejudice. The parties believe that the stay will facilitate these efforts and is within the interests of judicial economy.

Dated: November 21, 2013
Indianapolis, Indiana

*DUANE MORRIS LLP*

*By: /s/Mauro W. Wolfe*
*Mauro W. Wolfe*
*1540 Broadway*
*New York, NY 10036*
*(212) 692-1000*

*Attorneys for Plaintiffs*

*BARNES & THORNBURG LLP*

*By: /s/T. Joseph Wendt*
*T. Joseph Wendt*
*11 South Meridian Street*
*Indianapolis, IN 46204*
*(317) 236-1313*

*Attorneys for The Leo Group LLC*

***FAEGRE BAKER DANIELS LLP***

*By: /s/Ryan Hurley*
*Ryan Hurley*
*300 N. Meridian Street, Suite 2700*
*Indianapolis, IN 46204*
*(317) 237-1144*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21th day of November 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all of the parties who have subscribed to the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                                              s/Ryan M. Hurley  
                                                                                                               Ryan M. Hurley