IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STAVANGER HOLDINGS, LTD AND KARL ANDERSEN, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| VS. | ) | |
| | ) | CASE NO.: 1:12-CV-0646 WTL-DKL |
| TRANEN CAPITAL, LTD, TRANEN CAPITAL | ) | |
| ALTERNATIVE INVESTMENT FUND, LTD., | ) | |
| THE LEO GROUP, LLC, KENNETH A. | ) | |
| LANDGAARD, ARTHUR L. BOWEN AND | ) | |
| RANDY W. BAGLEY, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**ORDER GRANTING MOTION FOR STAY**

Plaintiffs Stavanger Holdings, Ltd. and Karl Andersen (collectively, the "Plaintiffs"), and

Defendant The Leo Group, LLC ("Leo"), have moved for a stay of the action as between

Plaintiffs and Leo for 45 days to facilitate resolution of their dispute.

IT IS THEREFORE ORDERED that these proceedings are stayed as to Plaintiffs' claims

against Leo for a period of 45 days.


Date:_____          _____

Judge, United States District Court
Southern District of Indiana


COPIES TO:

All electronically registered counsel of record


DMS.US.53168247.01