IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD AND KARL ANDERSEN, | ) ) ) |
| PLAINTIFFS, | ) ) ) |
| VS. | ) ) ) CASE NO.: 1:12-CV-0646 WTL-DKL |
| TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, ARTHUR L. BOWEN AND RANDY W. BAGLEY, | ) ) ) ) ) ) |
| DEFENDANTS. | ) |

## ORDER GRANTING MOTION FOR STAY

Plaintiffs Stavanger Holdings, Ltd. and Karl Andersen (collectively, the "Plaintiffs"), and Defendants Tranen Capital, Ltd. and Tranen Capital Alternative Investment Fund Ltd. (collectively, "Tranen Entities"), Kenneth A. Landgaard and Arthur L. Bowen (the "Individual Defendants"), have moved for a stay of the action as between Plaintiffs and the Individual Defendants for at least 90 days to facilitate a potential resolution of Plaintiffs' claims against the Individual Defendants.

IT IS THEREFORE ORDERED that these proceedings are stayed as to Plaintiffs' claims against the Individual Defendants for a period of 90 days.  The stay does not apply to Plaintiffs' claims against Defendant the Leo Group, LLC.

Dated: 11/22/2013

*Denise LaRue* (signature)
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.