IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD AND KARL ANDERSEN, <br><br> PLAINTIFFS, <br><br> VS. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, ARTHUR L. BOWEN AND RANDY W. BAGLEY, <br><br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 1:12-CV-0646 WTL-DKL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING MOTION FOR STAY

Plaintiffs Stavanger Holdings, Ltd. and Karl Andersen (collectively, the "Plaintiffs"), and Defendant The Leo Group, LLC ("Leo"), have moved for a stay of the action as between Plaintiffs and Leo for 45 days to facilitate resolution of their dispute.

IT IS THEREFORE ORDERED that these proceedings are stayed as to Plaintiffs' claims against Leo for a period of 45 days.

Date: 11/22/2013

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

COPIES TO:

All electronically registered counsel of record