IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, and ARTHUR L. BOWEN, <br><br> Defendants. | Civil Action No.: 1-12-cv-00646 (WTL)(DKL) |

**ORDER GRANTING MOTION TO WITHDRAW PLAINTIFFS' MOTION
TO ENFORCE A SETTLEMENT AGREEMENT**

Plaintiffs have moved to withdraw their motion to enforce a settlement agreement (ECF #91) and the Court, having reviewed the same and being duly advised, now GRANTS the motion.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Enforce a Settlement Agreement (ECF #91) is hereby withdrawn.

Date: 11/21/2013

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.