UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS LTD, KARL ANDERSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANEN CAPITAL LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., ARTHUR L. BOWEN, KENNETH A. LANDGAARD, THE LEO GROUP, LLC, <br><br> Defendants. | No. 1:12-cv-00646-WTL-DKL |

### ENTRY AND ORDER FROM HEARING ON MOTION TO WITHDRAW APPEARANCE
### NOVEMBER 18, 2013
### HON. DENISE K. LARUE, MAGISTRATE JUDGE

The parties participated in a hearing on the *Motion to Withdraw Attorney Appearance* [Dkt. 88] filed by Thomas E. Satrom of Frost Brown Todd LLC, as counsel of record for the Defendants, Tranen Capital Ltd, Tranen Capital Alternative Investment Fund, Ltd., Arthur L. Bowen, and Kenneth A. Landgaard ("Tranen Defendants"). Plaintiffs appeared by counsel, Evangelos Michailidis. Tranen Defendants appeared by counsel, Thomas Satrom, and Arthur Bowen and Kenneth Landgaard. Defendant, The Leo Group, LLC, appeared by counsel, Edward Smid. The parties reported that the settlement agreement between Tranen Defendants and Plaintiffs was now fully executed and Plaintiffs were close to a full resolution as to The Leo Group.

Outside the presence of counsel for Plaintiffs and the Leo Group, the parties were heard with respect to the motion. Granting the motion will leave the Tranen Entities without counsel, but Plaintiffs have already obtained and filed a judgment against those entities. The Motion [Dkt. 88] is GRANTED. Therefore, Thomas E. Satrom is deemed withdrawn as counsel of record for Tranen Capital Ltd, Tranen Capital Alternative Investment Fund, Ltd., Arthur L. Bowen, and Kenneth A. Landgaard. Mr. Bowen and Kenneth Landgaard shall be deemed *pro se* and their addresses shall be added to the docket.

Date: 11/22/2013

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Edward M. Smid
BARNES & THORNBURG LLP
edward.smid@btlaw.com

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

Evangelos Michailidis
DUANE MORRIS LLP
emichailidis@duanemorris.com

Mauro M. Wolfe
DUANE MORRIS LLP
mmwolfe@duanemorris.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com

Kenneth Landgaard
3750 Wahtomin Trail, NW
Alexandria, MN 56308
telephone # 612-605-7056

Arthur L. Bowen,
Bowen Counsel
155 Federal St., 17th Floor
Boston, MA 02111
telephone # 617-423-2111