IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br>       Plaintiffs, <br><br>   vs. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, and ARTHUR L. BOWEN, <br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 12 - 00646 (WTL)(DKL) |

**PLAINTIFFS' MOTION FOR A**
**TELEPHONIC CONFERENCE**

A Confidential Settlement Agreement (the "Agreement") was entered into between Plaintiffs and the Tranen Defendants (or "Tranen") just a few weeks ago. As set forth in Plaintiffs' currently pending motion (ECF 107-109), Tranen is in material breach of the Agreement. Simply put, Tranen, acting through its sole remaining director, Mr. Kenneth Landgaard, appears to have no intention of complying with the clear and express terms of the Agreement.[1]

Moreover, Tranen has offered absolutely no explanation for its conduct since executing the Agreement and, through its inaction, threatens to eviscerate the very purpose and value of the Agreement. Since Tranen is not currently represented by counsel, it may not fully understand or appreciate the consequences of not complying with the Agreement.

---

[1] The terms of the Agreement and the nature of the breach are set forth in detail in Plaintiffs' previous motion (ECF 107-109).

Therefore, Plaintiffs believe that a telephone conference between the parties and the Court is necessary to implement the terms of the Agreement and to avoid reigniting this litigation.  Time is of the essence in this matter and the Court's scheduling of a conference call at its earliest convenience would be greatly appreciated.

Dated: December 9, 2013
Indianapolis, IN

FAEGRE BAKER DANIELS LLP

s/ Ryan M. Hurley
_____

Ryan M. Hurley
Email: Ryan.Hurley@faegrebd.com
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
(317)237-1144

and

DUANE MORRIS LLP

s/Mauro M. Wolfe
_____

Mauro M. Wolfe
E-mail:mmwolfe@duanemorris.com
Evangelos Michailidis
E-mail:emichailidis@duanemorris.com

1540 Broadway
New York, NY 10036-4086
(212) 692 1000

*Attorneys for Plaintiffs Stavanger Holdings, Ltd. and Karl Andersen*

2

dms.us.53285338.01

## CERTIFICATE OF SERVICE

  I hereby certify that on this 9th day of December 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all of the parties who have subscribed to the Court's electronic filing system. Parties may access this filing through the Court's system.

                           s/Ryan M. Hurley
                             Ryan M. Hurley