IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD AND KARL ANDERSEN, | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| VS. | ) |
| | ) CASE NO.: 1:12-CV-0646 WTL-DKL |
| TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, ARTHUR L. BOWEN AND RANDY W. BAGLEY, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| DEFENDANTS. | ) |

**ORDER ON PLAINTIFFS'
MOTION FOR A TELEPHONIC CONFERENCE**

This matter having come before the Court on Plaintiffs' Motion for a Telephonic

Conference, and the Court, being fully advised, now finds that the motion should be DENIED

AS MOOT since the Court has already set this matter for a status conference.

The Court notes that the Certificate of Service attached to this motion fails to certify that

service of this motion was made on the Defendants, Mr. Bowen and Mr. Landgaard, who, as pro

se litigants, are exempt from participating in electronic filing.  See L.R. 5-4 (d).  Counsel is

directed to make this correction on all future filings.

Date:   12/11/2013

_Denise K. LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

KENNETH A. LANDGAARD
3750 Wahtomin Trail, NW
Alexandria, MN 56308

Edward M. Smid
BARNES & THORNBURG LLP
edward.smid@btlaw.com

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

ARTHUR L. BOWEN
Bowen Counsel
155 Federal St., 17th Floor
Boston, MA 02111

Evangelos  Michailidis
DUANE MORRIS LLP
emichailidis@duanemorris.com

Mauro M. Wolfe
DUANE MORRIS LLP
mmwolfe@duanemorris.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com