UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STAVANGER HOLDINGS LTD, | ) | |
| KARL ANDERSEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TRANEN CAPITAL LTD, | ) | No. 1:12-cv-00646-WTL-DKL |
| TRANEN CAPITAL ALTERNATIVE | ) | |
| INVESTMENT FUND, LTD., | ) | |
| ARTHUR L. BOWEN, | ) | |
| KENNETH A. LANDGAARD, | ) | |
| THE LEO GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY FROM TELEPHONIC CONFERENCE**
**DECEMBER 23, 2013**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

The parties participated in a telephonic status conference to allow the Court to assist with a dispute concerning a partial settlement of the case. Plaintiffs, Stavanger Holdings, Ltd. and Karl Andersen, were represented by counsel Evangelos Michailidis, Mauro Wolfe and Ryan Hurley. Defendant, Kenneth A. Landgaard appeared pro se. Defendants, Tranen Capital Ltd. and Tranen Capital Alternative Investment Fund, Ltd., are currently without counsel. Defendant, The Leo Group, LLC, was represented by counsel, Ed Smid. Defendant, Arthur L. Bowen, did not appear.

Plaintiffs and the Tranen entities/Kenneth Landgaard/Arthur L. Bowen (collectively the "Tranen Defendants") have executed a settlement agreement and

agreed judgment. On November 22, 2013, Plaintiffs filed a Motion to Enforce Settlement Agreement alleging the Tranen Defendants failed to comply with its terms. [Dkt. 107.] Prior to discussion about this agreement, The Leo Group, LLC was dismissed from the conference.

Following a discussion concerning the source of the disagreement with the parties, the undersigned Magistrate issued the following Order:

1. Defendant Landgaard will provide Plaintiff's counsel with the necessary authorizations referenced in Paragraphs 6 and 7 of the Agreement by **December 27, 2013**.

2. Counsel for Plaintiff will **hold these authorizations and not proceed to utilize them** until after the parties reconvene with the Court.

3. Defendant Landgaard will confer with the nonparty as discussed in the conference. Counsel for Plaintiff will facilitate this process and involve its nonparty as discussed in the conference.

4. The parties will reconvene with the Court for a telephonic status conference at **10 a.m. EST on January 13, 2014**. The parties shall call the Court's main line, (317) 229-3930, to participate in the conference. The Leo Group is excused from participating in this conference.

The conference concluded without further order.

Date: __12/23/2013__

_Denise K. LaRue_ (signature)
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

KENNETH A. LANDGAARD
3750 Wahtomin Trail, NW
Alexandria, MN 56308

Edward M. Smid
BARNES & THORNBURG LLP
edward.smid@btlaw.com

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

ARTHUR L. BOWEN
Bowen Counsel
155 Federal St., 17th Floor
Boston, MA 02111

Evangelos Michailidis
DUANE MORRIS LLP
emichailidis@duanemorris.com

Mauro M. Wolfe
DUANE MORRIS LLP
mmwolfe@duanemorris.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com