UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STAVANGER HOLDINGS LTD,<br>KARL ANDERSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANEN CAPITAL LTD,<br>TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD.,<br>ARTHUR L. BOWEN,<br>KENNETH A. LANDGAARD,<br>THE LEO GROUP, LLC,<br><br>Defendants. | ) | No. 1:12-cv-00646-WTL-DKL |

**ENTRY FROM TELEPHONIC CONFERENCE**
**JANUARY 13, 2014**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

The parties participated in a telephonic status conference to allow the Court to assist with a dispute concerning a partial settlement of the case. Plaintiffs Stavanger Holdings, Ltd. and Karl Andersen, were represented by counsel Evangelos Michailidis, Mauro Wolfe and Ryan Hurley. Defendants Kenneth A. Landgaard and Arthur L. Bowen appeared pro se. Defendants Tranen Capital Ltd., Tranen Capital Alternative Investment Fund, Ltd. are currently without counsel. Defendant The Leo Group, LLC, was excused from attendance.

Plaintiffs and the Tranen entities/Kenneth Landgaard/Arthur L. Bowen (collectively the "Tranen Defendants") have executed a settlement agreement and

agreed judgment. On November 22, 2013, Plaintiffs filed a Motion to Enforce Settlement Agreement alleging the Tranen Defendants failed to comply with its terms. [Dkt. 107.] Since that time the parties have worked informally with the Court's assistance to resolve the matter without a hearing. Following a discussion concerning the status of the disagreement, the Court determined it will be necessary to hold an evidentiary hearing.

The parties will reconvene with the Court for a telephonic evidentiary hearing on the Motion to Enforce Settlement Agreement at **2:30 p.m. EST on Tuesday, January 14, 2014**. The parties shall call the Court's main line, (317) 229-3930, to participate in the conference. The Leo Group is excused from participating in this conference.

The parties shall provide the Court with any exhibits they plan to introduce into evidence by 10 a.m. January 14, 2014. These exhibits may be emailed to mjlarue@insd.uscourts.gov or faxed to (317) 229–3931.

The conference concluded without further order.

Date: 01/13/2014

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

KENNETH A. LANDGAARD
3750 Wahtomin Trail, NW
Alexandria, MN 56308

Edward M. Smid
BARNES & THORNBURG LLP
edward.smid@btlaw.com

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

ARTHUR L. BOWEN
Bowen Counsel
155 Federal St., 17th Floor
Boston, MA 02111

Evangelos Michailidis
DUANE MORRIS LLP
emichailidis@duanemorris.com

Mauro M. Wolfe
DUANE MORRIS LLP
mmwolfe@duanemorris.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com