UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **STAVANGER HOLDINGS, LTD., et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:12-cv-646-WTL-DKL |
| | ) |
| **TRANEN CAPITAL, LTD., et al.,** | ) |
| | ) |
| Defendants. | ) |

## ENTRY ON MOTION FOR ENTRY OF RULE 54(B) JUDGMENT

This cause is before the Court on the Plaintiffs' Motion for Entry of Judgment Against Tranen Capital, Ltd., Tranen Alternative Investment Fund, Ltd., and the Leo Group, LLC, Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. The Court, being duly advised, finds that there is no just reason for delaying entry of final judgment against Tranen Capital, Ltd., Tranen Alternative Investment Fund, Ltd., and the Leo Group, LLC, all of whom have agreed to settle their claims with the Plaintiffs. Accordingly, the Court will enter the judgments as agreed by the parties. The claims against the remaining Defendants will continue.

SO ORDERED: 01/17/2014

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification