UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD., et al., | ) |
| | ) |
|   Plaintiffs, | ) |
| | ) |
|    vs. | ) CAUSE NO. 1:12-cv-646-WTL-DKL |
| | ) |
| TRANEN CAPITAL, LTD., et al., | ) |
| | ) |
|   Defendants. | ) |

## JUDGMENT

There being no just reason for delay, final judgment is entered as follows, pursuant to the parties' stipulations:

1. Judgment is entered in favor of the Plaintiffs and against Defendant The Leo Group, LLC, in the amount of $240,000.00, plus post-judgment interest at the highest statutory rate from the date of this judgment until the judgment is satisfied, and Plaintiffs' attorneys' fees in connection with the collection of this judgment.

2. Judgment is entered in favor of the Plaintiffs and against Defendants Tranen Capital, Ltd., and Tranen Capital Alternative Investment Fund, Ltd., in the amount of $2,700,000.00, plus post-judgment interest at the highest statutory rate from the date of this judgment until the judgment is satisfied, and Plaintiffs' attorneys' fees in connection with the collection of this judgment.

   SO ORDERED: **1/17/14**

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic notification