IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, and ARTHUR L. BOWEN, <br><br> Defendants. | Civil Action No.: 12 - 00646 (WTL)(DKL) |

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiffs motion for an extension of time to file their petition to recover attorneys' fees (the "Petition") is hereby **GRANTED**. The deadline for filing the petition for attorneys' fees will now be January 23, 2014.

Dated: 01/24/2014

_Denise K. LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.