IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br> Plaintiffs and Judgment Creditors, <br><br> vs. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, and ARTHUR L. BOWEN, <br><br> Defendants and Judgment Creditors, <br><br> KEYBANK, N.A., PNC BANK NA, WELLS FARGO BANK, N.A, ENCOMPASS CREDIT UNION, WILLIAM C. COYLE, and JPMORGAN CHASE BANK, N.A. <br><br> Garnishee Defendants. | Civil Action No.: <br> 1:12-CV-00646 (WTL)(DKL) |

**NOTICE OF GARNISHMENT PROCEEDINGS,
SUMMONS AND ORDER TO ANSWER INTERROGATORIES, AND
<u>NOTICE OF HEARING AND INTERROGATORIES</u>**

TO:   Court Orders & Levies
      JPMorgan Chase Bank, N.A.
      Court Orders and Levies
      Mail Code OH1-1283
      P.O. Box 183164
      Columbus, OH 43218-3164

      Plaintiffs in this case, Stavanger Holdings, LTD and Karl Andersen (together

"Stavanger"), have an unpaid judgment against judgment defendant, The Leo Group, LLC,

located at 14297 Bergen Blvd, STE 250, Noblesville, Indiana ("Defendant"), rendered in this

cause on January 3, 2014 in favor of Stavanger in the amount of $240,000.00 (the "Judgment"), plus interest.  Garnishee defendant, JPMorgan Chase Bank, N.A. ("Chase"), is now ordered to answer under oath the interrogatories set forth below in writing with thirty (30) days of service of this notice, or, at its option, appear in Court and answer the interrogatories in person at the hearing.  It is further ordered that Encompass shall send to counsel for Stavanger copies of the completed interrogatories at the address set forth below.  Any claim or defense to the proceedings supplemental or garnishment order must be presented at the time and place of the hearing specified herein.  Chase is notified that the hearing on this matter will occur on **MONDAY, MARCH 24, 2014, AT 10:00 A.M., EASTERN, in** the Birch Bayh Federal Building & U.S. Courthouse, Courtroom 243, located at 46 East Ohio Street, Indianapolis, Indiana,

Failure to respond to this Order may result in punishment for contempt of court.

It is further ordered that Chase, a depository financial institution, is to place a 90-day hold on any deposit accounts in which Defendant has an interest, either individually or jointly with another person, pursuant to Indiana Code Section 28-9-4-2, upon receipt of the documents, payment, and process required under subdivisions (1) through (5) of Indiana Code Section 28-9-3-4(d).

The clerk serve all copies of this Order, with Interrogatories attached, upon the Plaintiffs counsel, who will effect service of the same on all parties and file proof of such service.

Dated: __02/11/2014_____

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

KENNETH A. LANDGAARD
3750 Wahtomin Trail, NW
Alexandria, MN 56308

Edward M. Smid
BARNES & THORNBURG LLP
edward.smid@btlaw.com

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

ARTHUR L. BOWEN
Bowen Counsel
155 Federal St., 17th Floor
Boston, MA 02111

Evangelos Michailidis
DUANE MORRIS LLP
emichailidis@duanemorris.com

Mauro M. Wolfe
DUANE MORRIS LLP
mmwolfe@duanemorris.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, | ) <br> ) <br> ) <br> ) |
| Plaintiffs and Judgment Creditors, | ) <br> ) |
| vs. | ) <br> ) |
| TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, and ARTHUR L. BOWEN, | ) <br> ) Civil Action No.: <br> ) 1:12-CV-00646 (WTL)(DKL) <br> ) <br> ) |
| Defendants and Judgment Creditors, | ) <br> ) |
| KEYBANK, N.A., PNC BANK NA, WELLS FARGO BANK, N.A, ENCOMPASS CREDIT UNION, WILLIAM C. COYLE, and JPMORGAN CHASE BANK, N.A. | ) <br> ) <br> ) <br> ) |
| Garnishee Defendants. | ) <br> ) |

**INTERROGATORIES TO GARNISHEE DEFENDANT,
<u>JPMORGAN CHASE BANK, N.A.</u>**

<u>INTERROGATORY NO. 1:</u>  State the correct name and address of your financial institution.

ANSWER:

<u>INTERROGATORY NO. 2:</u>  State the name and position of the person(s) responding to these interrogatories on behalf of the financial institution.

ANSWER:

INTERROGATORY NO. 3: Does your financial institution or any of its agents or branches have on deposit any type of deposit account (which includes a share, share draft, share certificate, draft, certificate of deposit, savings, passbook, checking, money market, transaction, time deposit, savings deposit, or similar account of funds) credited to The Leo Group, LLC (last known address: 14297 Bergen Blvd, STE 250, Noblesville, IN 46060) either individually or jointly with any other party?

ANSWER:

INTERROGATORY NO. 4: If your answer to Interrogatory No. 3 is "yes," state the exact name of the account holder(s) and the account's number, type, and the amount now on deposit before the deduction of a garnishment fee.

ANSWER:

INTERROGATORY NO. 5: Does your financial institution or any of its agents or branches possess or hold, or has it possessed or held, any property or any interest in property belonging to The Leo Group, LLC other than deposit accounts?

ANSWER:

INTERROGATORY NO. 6: If your answer to Interrogatory No. 5 is "yes," describe each item of property or interest in property and why you possess or hold it.

ANSWER:

INTERROGATORY NO. 7: Are any garnishment orders, liens, or holds presently in effect with respect to deposit accounts of The Leo Group, LLC at your financial institution?

ANSWER:

INTERROGATORY NO. 8: If your answer to Interrogatory No. 7 is "yes," describe with particularity the nature of each garnishment order, lien or hold, including the date of the order, lien or hold, and the party in whose favor it was imposed.

ANSWER:

Dated: January 31, 2014
   New York, NY

                                    FAEGRE BAKER DANIELS LLP

                                    */s/Ryan Hurley*

                                    Ryan M. Hurley
                                    Email: Ryan.Hurley@faegrebd.com

300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
(317)237-1144

    and

DUANE MORRIS LLP
*/s/Mauro M. Wolfe*

Mauro M. Wolfe
E-mail:mmwolfe@duanemorris.com
Evangelos Michailidis
E-mail:emichailidis@duanemorris.com
1540 Broadway
New York, NY 10036-4086
(212) 692 1000

*Attorneys for Plaintiffs Stavanger Holdings, Ltd.*
*and Karl Andersen*

## VERIFICATION
(to be completed by individual answering the interrogatories)

_____ affirms, under the penalties for perjury, that he/she is employed by Chase, that he/she has read the foregoing answers to Interrogatories, that he/she is authorized to sign the answers on behalf of Chase, that if some of the matters stated in the answers are not within his/her personal knowledge and he/she believes that no individual has personal knowledge of all stated matters, that to the extent he/she does not have personal knowledge of such matters the answers are based on information supplied by others, and that he/she believes the facts stated in the answers are true.

_____
(Signature)

_____
(Printed Name)

_____
(Title)

RETURN ORIGINAL TO:
Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

RETURN COPIES TO:
Ryan M. Hurley
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

Mauro M. Wolfe
Evangelos Michailidis
DUANE MORRIS, LLP
1540 Broadway
New York, NY 10036