**THE OFFICE OF THE**
**CLERK OF THE U.S. DISTRICT COURT**
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

**OFFICIAL BUSINESS**

$ 000.48
02 1P
0003101095   JAN 31 2014
MAILED FROM ZIP CODE 4

**RECEIVED**
FEB 10 2014
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

( 1:12-cv- 646 )
ARTHUR L. BOWEN
155 Federal St., 17th Floor
Boston MA 02111

X 015 N7E 1009812C0002/05/14
FORWARD TIME EXP   RTN TO SEND
: ARTHUR L BOWEN PC
155 FEDERAL ST STE 1000
BOSTON MA 02110-1717

RETURN TO SENDER