UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS LTD, ) | |
| KARL ANDERSEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 1:12-cv-00646-WTL-DKL |
| ) | |
| ARTHUR L. BOWEN, ) | |
| KENNETH A. LANDGAARD, ) | |
| ) | |
| Defendants. ) | |

**NOTICE and ORDER**

Since February 13, 2014, Defendant Kenneth Landgaard sent several communications to this Magistrate Judge's Courtroom Deputy Clerk's e-mail address. In part, Mr. Landgaard=s e-mails request that the Court take particular action in regard to his case. It is improper for a litigant to direct substantive *ex parte* communications regarding this case to an assigned judge. *See Lindstrom v. Graber*, 203 F.3d 470, 476 (7th Cir. 2000); *Magnus Electronics, Inc. v. Masco Corp. of Indiana*, 871 F.2d 626, 632-33 (7th Cir. 1989). The original communication was docketed in order that it can be entered onto the docket and served on opposing counsel; however, no subsequent emails will be docketed nor will they be considered by this Court.

Mr. Landgaard is admonished to communicate with the Magistrate Judge regarding the substance of this case only by way of filings that are served on opposing counsel, unless specifically requested or ordered otherwise by the Court. All requests

for formal action by the Court on this case must be made by way of written and filed motions.  Federal Rule of Civil Procedure Rule 7 (b)(1)(A-B) and Southern District of Indiana Local Rule 7-1.

Mr. Landgaard is further advised that a document is filed when it is received by the clerk of the Court, not when it is placed in the mail or otherwise sent by the filer. Fed. R. Civ. P. 5(d)(2)(A); *Raymond v. Ameritech Corp.*, 442 F.3d 600, 605-06 (7th Cir. 2006); *HMBI, Inc. v. Schwartz*, No. 1:06-cv-24-TS, *Opinion and Order*, 2008 WL 2600150, *1 (N.D. Ind., June 26, 2008).

**SO ORDERED this date:**  02/20/2014

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

KENNETH A. LANDGAARD
3750 Wahtomin Trail, NW
Alexandria, MN 56308

Edward M. Smid
BARNES & THORNBURG LLP
edward.smid@btlaw.com

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

ARTHUR L. BOWEN
Bowen Counsel
155 Federal St., 17th Floor

Boston, MA 02111

Evangelos Michailidis
DUANE MORRIS LLP
emichailidis@duanemorris.com

Mauro M. Wolfe
DUANE MORRIS LLP
mmwolfe@duanemorris.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com