IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil Action No.: 12 - 00646 (WTL)(DKL) |
| TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD, and ARTHUR L. BOWEN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT
KENNETH A. LANDGAARD'S LETTER MOTION**

For the reasons set forth in the Declarations of Ryan M. Hurley and Mauro M. Wolfe,

together with the exhibits annexed thereto, Mr. Landgaard's letter motion (ECF #146) should be

denied.

Dated:  February 20, 2014
         Indianapolis, IN

                                        FAEGRE BAKER DANIELS LLP

                                        s/ Ryan M. Hurley
                                        _____

                                        Ryan M. Hurley
                                        Email: Ryan.Hurley@faegrebd.com
                                        300 N. Meridian Street, Suite 2700
                                        Indianapolis, IN 46204
                                        (317)237-1144

                                                        and

DUANE MORRIS LLP


s/Mauro M. Wolfe

Mauro M. Wolfe
E-mail:mmwolfe@duanemorris.com
Evangelos Michailidis
E-mail:emichailidis@duanemorris.com

1540 Broadway
New York, NY 10036-4086
(212) 692 1000

*Attorneys for Plaintiffs Stavanger Holdings, Ltd.*
*and Karl Andersen*


## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all of the parties who have subscribed to the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/Ryan M. Hurley*
Ryan M. Hurley