## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO. 1:12-cv-0646-WTL-DKL |
| TRANEN CAPITAL, LTD; TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD; THE LEO GROUP, LLC; KENNETH A. LANDGAARD; and ARTHUR L. BOWEN, ) ) ) ) ) ) | |
| Defendants. ) | |

### ORDER ON MOTION TO VACATE HEARING

This matter came before the Court on defendant The Leo Group LLC's Motion to Vacate Hearing. And the Court, having considered The Leo Group LLC's Motion, and being duly advised, now GRANTS The Leo Group LLC's Motion in all respects.

IT IS HEREBY ORDERED that the hearing in this matter set for March 24, 2014, at 10:00 a.m. is hereby VACATED.

IT IS SO ORDERED this 03/19/2014

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

KENNETH A. LANDGAARD
3750 Wahtomin Trail, NW
Alexandria, MN 56308

Edward M. Smid
BARNES & THORNBURG LLP
edward.smid@btlaw.com

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

ARTHUR L. BOWEN
Bowen Counsel
155 Federal St., 17th Floor
Boston, MA 02111

Evangelos Michailidis
DUANE MORRIS LLP
emichailidis@duanemorris.com

Mauro M. Wolfe
DUANE MORRIS LLP
mmwolfe@duanemorris.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com