IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS, LTD and KARL ANDERSEN, <br><br> Plaintiffs and Judgment Creditors,, <br><br> vs. <br><br> TRANEN CAPITAL, LTD, TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD., THE LEO GROUP, LLC, KENNETH A. LANDGAARD and ARTHUR L. BOWEN <br><br> Defendants and Judgment Creditors, <br><br> KEYBANK, N.A., PNC BANK NA, WELLS FARGO BAN, N.A., ENCOMPASS CREDIT UNION, WILLIAM C. COYLE, and JPMORGAN CHASE BANK, N.A. <br><br> Garnishee Defendants. | Civil Action No.: 1:12-CV-00646 (WTL)(DKL) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2014, a copy of the **Order Granting Motion for Proceedings Supplemental [Dkt. 166] and Order to Appear in Court** was served via Federal Express to the Leo Group by serving its attorneys pursuant to Federal Rules of Civil Procedure Rule 5(b)(i) at the following address:

John W. Boyd, Esq.
Edward Smid, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535

/s/ Ryan M. Hurley