UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAVANGER HOLDINGS LTD, ) | |
| KARL ANDERSEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 1:12-cv-00646-WTL-DKL |
| ) | |
| ARTHUR L. BOWEN, ) | |
| KENNETH A. LANDGAARD, ) | |
| ) | |
| Defendants. ) | |

**ENTRY ON PLAINTIFFS' MOTION TO SEAL EXHIBITS**

This matter is before the Court on the above-referenced motion filed by Plaintiffs, Stavanger Holdings, LTD and Karl Andersen. [Dkt. 176.] Plaintiffs seek to seal Exhibits 2, 3, 4 and 9 to *Plaintiff's Motion Seeking Leave to Compel William C. Coyle's Compliance with the Settlement Agreement and to Serve a Subpoena* [Dkt. 173], on the basis that the exhibits inadvertently disclose information related to life insurance policies for individuals who are not parties to the litigation. For the reasons set forth below, the Court **GRANTS in part** and **DENIES in part** Plaintiffs' Motion.

Fed.R.Civ.P. 5.2(a) requires that filings with the court containing an individual's social security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or financial account number be redacted to protect the individual's privacy. Although the life insurance policy information does not meet that standard, in the interest of these individuals' privacy the Court will grant Plaintiffs'

Motion as to Exhibits 2, 3, and 4. As Exhibit 9 has already been redacted, the Court will deny Plaintiffs' Motion as to that exhibit.

The Clerk is directed to seal Document Nos. 173-2, 173-3 and 173-4. Although Plaintiffs filed redacted versions of those exhibits, the filing was improper in that they were filed as a single exhibit. The Court **ORDERS** Plaintiffs' to refile redacted versions of only exhibits 173-2, 173-3 and 173-4, as separate filings, within seven days of the date of this Order.

Date: 05/21/2014

                              Denise K. LaRue
                              United States Magistrate Judge
                              Southern District of Indiana

Distribution:

KENNETH A. LANDGAARD
3750 Wahtomin Trail, NW
Alexandria, MN 56308

Edward M. Smid
BARNES & THORNBURG LLP
edward.smid@btlaw.com

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

ARTHUR L. BOWEN
Bowen Counsel
155 Federal St., 17th Floor
Boston, MA 02111

Evangelos Michailidis
DUANE MORRIS LLP
emichailidis@duanemorris.com

Mauro M. Wolfe
DUANE MORRIS LLP
mmwolfe@duanemorris.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com