EXHIBIT 3

Case 1:12-cv-00646-WTL-DKL Document 179 Filed 07/08/14 Page 2 of 4 PageID #: 1431
Case 1:12-cv-00646-WTL-DKL Document 176-1 Filed 04/16/14 Page 23 of 50 PageID #: 1394
Case 1:12-cv-00646-WTL-DKL Document 173-3 Filed 04/11/14 Page 1 of 3 PageID #: 1342

# William C. Coyle

Attorney At Law

317-823-8042

w.coyle@sbcglobal.net

7818 Winding Creek Drive

Indianapolis, In 46236

January 31, 2013

SEI

Attn: Eva Chan
Apex Fund Services (Canada) Ltd
175 Bloor St East
Suite 807, South Tower
Toronto, ON M4W 3R8 Canada

Email: Tranen@apexfunds.ca

Dear Eva,

Attached is a list of the policies held as of January 31, 2013 for the Tranen Capital Alternative Investment Fund, Ltd. Per Tranen's request I will forward this report monthly after the close of business each month.

| Insured | Tranen ID# | Policy # | Face Amount | Policy Date |
|---|---|---|---|---|




Case 1:12-cv-00646-WTL-DKL   Document 179   Filed 07/08/14   Page 3 of 4 PageID #: 1432
Case 1:12-cv-00646-WTL-DKL   Document 176-1   Filed 04/16/14   Page 24 of 50 PageID #: 1395
Case 1:12-cv-00646-WTL-DKL   Document 175-3   Filed 04/11/14   Page 2 of 3 PageID #: 1343



Case 1:12-cv-00646-WTL-DKL   Document 179   Filed 07/08/14   Page 4 of 4 PageID #: 1433
Case 1:12-cv-00646-WTL-DKL   Document 176-1   Filed 04/16/14   Page 25 of 50 PageID #: 1396
Case 1:12-cv-00646-WTL-DKL   Document 173-3   Filed 04/11/14   Page 3 of 3 PageID #: 1344



If you have any questions please feel free to call me or email.

Sincerely,

*William C. Coyle*

William C. Coyle

Attorney At Law