EXHIBIT 4

DocuSign Envelope ID: D95DC47C-1531-4E92-8F65-E0479FC14499

# TRANEN



**TRANEN CAPITAL**
*Investment Management*

**LIFE SETTLEMENTS**
*A Unique Alternative Investment*

ISIN: VGG8993Y1007
Bloomberg Code: TRANCAP VI

## Purchase Agreement

███████████ Life Insurance Trust

| Purchase Price: | $ | 155,088.00 | - | Purchase Price |
|---|---|---|---|---|
| | $ | 50,000.00 | - | The Leo Group |
| | $ | 1,500.00 | - | William Coyle, Escrow Fees |
| | $ | 125.00 | - | Wire Fees |

**Total Purchase Price:**   $   206,713.00   (Apply to Leo Group Accounts Payable)

**Tranen Accrued Fees**   $   50,000.00

Total Purchase with Fees $   256,713.00

- Name of Insurance Carrier – The Lincoln National Life Insurance Company
- Policy Number – #██████    Policy Date: ██████
- Face Amount of Policy - $5,000,000.00

Please apply $206,713.00 to Leo Group Accounts Payable:

• BVI Office: PO Box 961, 3D, De Castro Street, Road Town, Tortola, BVI • Tel: (1 284) 494 9082   • US Office: 75, Arlington Street, Boston, MA 02116, USA • Tel: (1 857) 241 3816
• Singapore Office: 80, Raffles Place, UOB Plaza 1 Level 36-01, Singapore 048624 • Tel: (65) 6248 4661   • website: www.tranencapital.com • email: info@tranencapital.com

DocuSign Envelope ID: D95DC47C-1531-4E92-8F65-E0479FC14499

# TRANEN



**TRANEN CAPITAL**
*Investment Management*

**LIFE SETTLEMENTS**
*A Unique Alternative Investment*

ISIN: VGG8993Y1007
Bloomberg Code: TRANCAP VI

Agreed Purchase:

Date: 11/30/2010

*Brock W. Bagley*
DocuSigned By: Brock W. Bagley

Brock W. Bagley
The Leo Group, LLC

Date: 12/1/2010

*Kenneth A. Landgaard*
DocuSigned By: Kenneth A. Landgaard

Kenneth A. Landgaard
Tranen Capital, Ltd.

• BVI Office: PO Box 961, 30, De Castro Street, Road Town, Tortola, BVI • Tel: (1 284) 494 9082   • US Office: 75, Arlington Street, Boston, MA 02116, USA • Tel: (1 857) 241 3816
• Singapore Office: 80, Raffles Place, UOB Plaza 1 Level 36-01, Singapore 048624 • Tel: (65) 6248 4661   • website: www.tranencapital.com • email: info@tranencapital.com