**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **STAVANGER HOLDINGS, LTD., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | )   **CAUSE NO. 1:12-cv-646-WTL-DKL** |
| | ) |
| **TRANEN CAPITAL, LTD., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

<u>**ENTRY CONTINUING STAY**</u>

At the request of the Plaintiffs, the stay in this case is extended until **April 30, 2015**.  The

parties shall file a status report by no later than **April 27, 2015**.

SO ORDERED:  2/17/15


Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Copies by United States Mail to:**

**Arthur Bowen**
**155 Federal St. 17th Floor**
**Boston, MA  02111**

**Kenneth Landgaard**
**3750 Wahtomin Trail NW**
**Alexandria, VA  56308**

Copies to all counsel of record via electronic notification